UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SWISS, EVA M. § Case No. 14-03147
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
        10:30 a.m., on Wednesday, May 20, 2015
        in Courtroom  742, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Jeffrey P. Allsteadt_____
                                                                               Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SWISS, EVA M. § Case No. 14-03147
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 180,000.00 |
| and approved disbursements of | $ | 577.79 |
| leaving a balance on hand of[1] | $ | 179,422.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | BMO Harris Bank N.A. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | | $ 0.00 |
| | Remaining Balance | | | | $ 179,422.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 12,250.00 | $ 0.00 | $ 12,250.00 |
| Attorney for Trustee Fees: BALDI BERG, LTD | $ 18,489.50 | $ 0.00 | $ 18,489.50 |
| Attorney for Trustee Expenses: BALDI BERG, LTD | $ 95.98 | $ 0.00 | $ 95.98 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 925.00 | $ 0.00 | $ 925.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: U.S. Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 32,110.48 |
| Remaining Balance | | $ | 147,311.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 857,324.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | BMO Harris Bank N.A. | $ 857,324.09 | $ 0.00 | $ 147,311.73 |
| | Total to be paid to timely general unsecured creditors | | $ | 147,311.73 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 14-03147-CAD
Eva M. Swiss                                                               Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 1           Date Rcvd: Apr 27, 2015
                              Form ID: pdf002         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2015.
```
db           +Eva M. Swiss,    1530 Macalpin Circle,    Barrington, IL 60010-6429
21479518      BMO Harris Bank,    P.O. Box 6201,    Carol Stream, IL 60197-6201
22839115     +BMO Harris Bank N.A.,    successor to Harris Bank Barrington N.A.,    c/o James P. Sullivan,
               111 W. Monroe Street,    Chicago, IL 60603-4096
21669752      CEFCU,   POB 1715,    Peoria, IL 61656-1715
21479519      Harris Bank,    11 W. Monroe St.,    Chicago, IL 60603
21602081      John Gilpan,    2921 East Raab Road,    Bloomington/Normal, IL 60117
21602077     +Tom Swiss,    1530 Macalpin Circle,    Barrington, IL 60010-6429
21479520      Wells Fargo Home Mortgage,    P.O. Box 5296,    Carol Stream, IL 60197-5296
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21602079*      BMO Harris Bank,    P.O. Box 6201,    Carol Stream, IL 60197-6201
21602078*      Harris Bank,    11 W. Monroe St.,    Chicago, IL 60603
21602080*      Wells Fargo Home Mortgage,    P.O. Box 5296,    Carol Stream, IL 60197-5296
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2015                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2015 at the address(es) listed below:
```
          Ariel   Weissberg    on behalf of Defendant Thomas G Swiss ariel@weissberglaw.com,
           Hava@weissberglaw.com;guy@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com;ro@weiss
           berglaw.com
          Ariel   Weissberg    on behalf of Debtor Eva M. Swiss ariel@weissberglaw.com,
           Hava@weissberglaw.com;guy@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com;ro@weiss
           berglaw.com
          Ariel   Weissberg    on behalf of Defendant Eva M. Swiss ariel@weissberglaw.com,
           Hava@weissberglaw.com;guy@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com;ro@weiss
           berglaw.com
          James E. Morgan    on behalf of Creditor   BMO Harris Bank N.A. f/k/a Harris N.A. jem@h2law.com,
           smckinney@howardandhoward.com
          James Patrick Sullivan    on behalf of Creditor   BMO Harris Bank N.A. f/k/a Harris N.A.
           jsulliva@chapman.com
          Joseph A Baldi   on behalf of Plaintiff Joseph A Baldi jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi   on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Julia D Loper   on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
          Mark Adam Silverman    on behalf of Creditor   BMO Harris Bank N.A. f/k/a Harris N.A.
           msilver@chapman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 12
```