UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
SWISS, EVA M. § Case No. 14-03147
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 20,322.70<br>*(Without deducting any secured claims)* | Assets Exempt: 466,395.05 |
| Total Distributions to Claimants: 147,311.73 | Claims Discharged<br>Without Payment: 1,510,012.36 |
| Total Expenses of Administration: 32,688.27 | |

3) Total gross receipts of $ 180,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 180,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 330,962.47 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 32,688.27 | 32,688.27 | 32,688.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 800,000.00 | 857,324.09 | 857,324.09 | 147,311.73 |
| **TOTAL DISBURSEMENTS** | $ 1,130,962.47 | $ 890,012.36 | $ 890,012.36 | $ 180,000.00 |

4) This case was originally filed under chapter 7 on 01/31/2014. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/10/2015          By: /s/Joseph A. Baldi
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1530 Macalpin Circle, Barrington, Illinois, 60010 | 1110-000 | 180,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 180,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage P.O. Box 5296 Carol Stream, IL 60197-5296 | | 77,219.60 | NA | NA | 0.00 |
| 1 | BMO HARRIS BANK N.A. | 4110-000 | 253,742.87 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 330,962.47** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 12,250.00 | 12,250.00 | 12,250.00 |
| Associated Bank | 2600-000 | NA | 577.79 | 577.79 | 577.79 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| BALDI BERG, LTD | 3110-000 | NA | 18,489.50 | 18,489.50 | 18,489.50 |
| BALDI BERG, LTD | 3120-000 | NA | 95.98 | 95.98 | 95.98 |
| POPOWCER KATTEN, LTD | 3410-000 | NA | 925.00 | 925.00 | 925.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 32,688.27 | $ 32,688.27 | $ 32,688.27 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank 11 W. Monroe St. Chicago, IL 60603 | | 800,000.00 | NA | NA | 0.00 |
| 1A | BMO HARRIS BANK N.A. | 7100-000 | NA | 857,324.09 | 857,324.09 | 147,311.73 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 800,000.00 | $ 857,324.09 | $ 857,324.09 | $ 147,311.73 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-03147 | Judge: Carol A. Doyle | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | SWISS, EVA M. | | | Date Filed (f) or Converted (c): | 01/31/14 (f) |
| | | | | 341(a) Meeting Date: | 03/06/14 |
| For Period Ending: | 07/10/15 | | | Claims Bar Date: | 01/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1530 Macalpin Circle, Barrington, Illinois, 60010 Debtor claimed exemption based upon tenancy by the entireties; Trustee objected to exemption; order entered disallowing exemption; Trustee sold property to debtor subject to liens and net of exemptions. | 800,000.00 | 180,000.00 | | 180,000.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Charles Schwab Account xxxx-2529 (held jointly wit | 276.63 | 0.00 | | 0.00 | FA |
| 4. CEFCU Account xxx5590 | 50.00 | 0.00 | | 0.00 | FA |
| 5. Checking account at PNC Bank (xxxx-2621) (1/2 inte | 2,667.82 | 0.00 | | 0.00 | FA |
| 6. Checking account at Citibank Bank (1/2 interest wi | 400.00 | 0.00 | | 0.00 | FA |
| 7. Security Deposit with John Gilpin, Normal, Illinoi | 350.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Household Goods (1/2 interest with h sold with interest in home, not separately valued | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. Necessary Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Wedding ring | 150.00 | 0.00 | | 0.00 | FA |
| 11. Charles Schwab Account xxx-9927 (IRA) | 460,623.30 | 0.00 | | 0.00 | FA |
| 12. 50% membership interest in Carlisle Properties, LL | 0.00 | 0.00 | | 0.00 | FA |
| 13. 50% membership interest in GTS Solutions, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2012 GMC Acadia | 19,000.00 | 0.00 | | 0.00 | FA |
| 15. Laptop Computer (7 years old) | 100.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,286,717.75    $180,000.00    $180,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-03147    Judge: Carol A. Doyle | Trustee Name:    Joseph A. Baldi |
| Case Name: | SWISS, EVA M. | Date Filed (f) or Converted (c):    01/31/14 (f) |
| | | 341(a) Meeting Date:    03/06/14 |
| | | Claims Bar Date:    01/21/15 |

Debtor owned a 50% interest in the real property; Debtor claimed the real property fully exempt based upon tenancy by the entireties; Trustee objected to the claimed exemption and on June 24, 2014, the Court disallowed the exemption; in August 2014, the Trustee filed an adversary proceeding to sell the Estate's and the co-owner's interest in the real property; in November 2014, the Trustee settled with the Debtor for the purchase of the Estate's interest in the real property and, thereafter, dismissed the Adversary

Initial Projected Date of Final Report (TFR): 06/01/14          Current Projected Date of Final Report (TFR): 06/01/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-03147 -CAD | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | SWISS, EVA M. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******7428 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8136 | | |
| For Period Ending: | 07/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/25/14 | 1 | WEISSBERG & ASSOCIATES, LTD. CLIENT TRUST FUND ACCOUNT 401 S. LASALLE ST., STE 403 CHICAGO, IL 60605 | SETTLEMENT -INTEREST IN REAL ESTATE | 1110-000 | 180,000.00 | | 180,000.00 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 43.15 | 179,956.85 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 267.48 | 179,689.37 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 267.16 | 179,422.21 |
| 05/28/15 | 001001 | Joseph A. Baldi, Trustee c/o Baldi Berg, Ltd. 20 N Clark Street, Ste. 200 Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 12,250.00 | 167,172.21 |
| 05/28/15 | 001002 | U.S. Bankruptcy Court 219 S. Dearborn, 7th Floor Chicago, Illinois 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 350.00 | 166,822.21 |
| 05/28/15 | 001003 | BALDI BERG, LTD 20 N. CLARK STREET, STE. 200 CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 18,489.50 | 148,332.71 |
| 05/28/15 | 001004 | BALDI BERG, LTD 20 N. CLARK STREET, STE. 200 CHICAGO, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 95.98 | 148,236.73 |
| 05/28/15 | 001005 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 925.00 | 147,311.73 |
| 05/28/15 | 001006 | BMO Harris Bank N.A. c/o Lori Hillyer 501 East Kennedy Blvd. Suite 900 Tampa, FL 33602 | Claim 1A, Payment 17.18274% | 7100-000 | | 147,311.73 | 0.00 |

Page Subtotals        180,000.00        180,000.00

Ver: 18.05

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-03147 -CAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | SWISS, EVA M. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******7428 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8136 | | |
| For Period Ending: | 07/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 180,000.00 | 180,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 180,000.00 | 180,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 180,000.00 | 180,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7428 | 180,000.00 | 180,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 180,000.00 | 180,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*